UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FERNANDO GARCIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COURT OF )<br>APPEAL FOR THE ARMED FORCES, )<br>)<br>Defendant. ) | Civil Action No. 08 1285 |

### DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: 7/22/08

Henry Kennedy, Jr.
United States District Judge

